Steven **MORLAND**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 63809.**

Missouri Court of Appeals,
Western District.

Oct. 26, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 21, 2004.

Application for Transfer Denied
Jan. 25, 2005.

Irene C. Karnes, Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Andrew Hassell, Office of Attorney General, Jefferson City, for respondent.

Before EDWIN H. SMITH, Chief Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, JR., Judge.

## ORDER

Steven Morland appeals the circuit court's judgment denying his Rule 29.15 motion for postconviction relief without an evidentiary hearing. We affirm. Rule 84.16(b).